UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR03-172-TSZ |
| Plaintiff, | ) | |
| | ) | SUMMARY REPORT OF U.S. |
| v. | ) | MAGISTRATE JUDGE AS TO |
| | ) | ALLEGED VIOLATIONS |
| RUSSELL PAUL DeARMENT, | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 27, 2009. The United States was represented by Assistant United States Attorney Jill Otake, and the defendant by Paula Deutsch. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On or about September 17, 2004, defendant was sentenced in the Honorable Thomas S. Zilly to a term of thirty (30) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, and submit to search.

In a Petition for Warrant or Summons, dated June 26, 2009, U.S. Probation Officer Brian K. Facklam asserted the following violation by defendant of the conditions of his

01 supervised release:

02      (1)     Using methamphetamine on or about June 8, 2009, in violation of standard
03                 condition 7.

04      (2)     Failing to appear for drug testing January 29, March 11, April 27, April 28,
05                 April 29, June 9, June 17, and June 18, 2009.

06      The defendant was advised of his rights, acknowledged those rights, and admitted to
07 the alleged violations 1 and 2.

08      I therefore recommend that the Court find the defendant to have violated the terms
09 and conditions of his supervised release as to violation numbers 1 and 2, and that the Court
10 conduct a hearing limited to disposition.  A disposition hearing on violation numbers 1 and 2
11 has been set before the Honorable Thomas S. Zilly on August 13, 2009 at 1:30 p.m.

12      Pending a final determination by the Court, the defendant has been released, subject
13 to supervision.

14      DATED this 27th day of July, 2009.

15

16                                  JAMES P. DONOHUE
17                                  United States Magistrate Judge

18

19 cc:    District Judge:             Honorable Thomas S. Zilly
20         AUSA:                    Ms. Jill Otake
        Defendant's attorney:     Ms. Paula Deutsch
21         Probation officer:         Mr. Brian K. Facklam

22

23

24

25

26